# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
11 JAN 13 AM 9:08
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:                DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>vs.<br><br>CHEEM ANG (5),<br><br>                        Defendant. | CASE NO.  08CR4229-JLS<br><br>**JUDGMENT OF DISMISSAL** |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_    the Court has dismissed the case for unnecessary delay; or

\_    the Court has granted the motion of the Government for dismissal; or

\_    the Court has granted the motion of the defendant for a judgment of acquittal; or

\_    a jury has been waived, and the Court has found the defendant not guilty; or

**X**    the Court has granted the parties joint request to dismiss all charges without prejudice.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JANUARY 12, 2011

*Janis L. Sammartino*
JANIS L. SAMMARTINO
UNITED STATES DISTRICT JUDGE